433 A.2d 123

Commonwealth, Appellant v. Bailey.

Argued June 10, 1980. Lee Ruslander, Assistant District Attorney, for Commonwealth, appellant; Robert Shaffer, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.